1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:14-MC-00114-MCE-AC

12            Plaintiff,                   STIPULATION AND ORDER EXTENDING
                                           TIME FOR FILING A COMPLAINT FOR
13       v.                                FORFEITURE AND/OR TO OBTAIN AN
                                           INDICTMENT ALLEGING FORFEITURE
14  APPROXIMATELY $10,707.87 SEIZED FROM
    FIRST BANK CHECKING ACCOUNT NUMBER
15  9417915527, HELD IN THE NAME OF COST U
    LESS CARS, INC.,
16
    2008 BMW 528I, VIN: WBANU53538CT09595,
17  LICENSE NUMBER: WL33, and

18  2006 BMW 750I, VIN: WBAHL83586DT01002,
    LICENSE NUMBER: 5PDN702,
19
              Defendants.
20

21       It is hereby stipulated by and between the United States of America and claimant Hani Ataya

22  ("claimant"), by and through their respective attorneys, as follows:

23       1.      On or about August 7, 2014, claimant Hani Ataya filed a claim in the administrative

24  forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the

25  Approximately $10,707.87 seized from First Bank checking account number 9417915527, held in the

26  name of Cost U Less Cars, Inc.; 2008 BMW 528i, VIN: WBANU53538CT09595, License Number:

27  WL33; and 2006 BMW 750i, VIN: WBAHL83586DT01002, License Number: 5PDN702 (hereafter the

28  "Defendant Properties").  The Defendant Properties were seized on or about June 19, 2014.

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the Defendant Properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the Defendant Properties as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is currently November 5, 2014.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture shall be extended to February 3, 2015.

Dated:  10/15/14                                BENJAMIN B. WAGNER
                                                United States Attorney

                                        By: /s/ Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
                                                Assistant U.S. Attorney

Dated:  10/13/14                                /s/ Patrick K. Hanly
                                                PATRICK K. HANLY
                                                Attorney for claimant Hani Ataya
                                                (Authorized by email)

                              **ORDER**

IT IS SO ORDERED.

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT