BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $10,707.87 SEIZED FROM FIRST BANK CHECKING ACCOUNT NUMBER 9417915527, HELD IN THE NAME OF COST U LESS CARS, INC.,<br><br>2008 BMW 528I, VIN: WBANU53538CT09595, LICENSE NUMBER: WL33, and<br><br>2006 BMW 750I, VIN: WBAHL83586DT01002, LICENSE NUMBER: 5PDN702,<br><br>  Defendants. | 2:14-MC-00114-MCE-AC<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Hani Ataya ("claimant"), by and through their respective attorneys, as follows:

1.  On or about August 7, 2014, claimant Hani Ataya filed a claim in the administrative forfeiture proceedings with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $10,707.87 seized from First Bank checking account number 9417915527, held in the name of Cost U Less Cars, Inc.; 2008 BMW 528i, VIN: WBANU53538CT09595, License Number: WL33; and 2006 BMW 750i, VIN: WBAHL83586DT01002, License Number: 5PDN702 (hereafter the "Defendant Properties").  The Defendant Properties were seized on or about June 19, 2014.

2.	The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the Defendant Properties under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the Defendant Properties as required by law in the administrative forfeiture proceeding.

3.	Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 5, 2014.

4.	By Stipulation and Order filed October 29, 2014, the parties stipulated to extend to February 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture.

5.	By Stipulation and Order filed January 27, 2015, the parties stipulated to extend to May 4, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture.

6.	By Stipulation and Order filed May 11, 2015, the parties stipulated to extend to August 3, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture.

7.	As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 2, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture.

///

///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Properties and/or to obtain an indictment alleging that the Defendant Properties are subject to forfeiture shall be extended to September 2, 2015.

Dated: 7/28/15   BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: 7/29/15   /s/ Patrick K. Hanly
PATRICK K. HANLY
Attorney for claimant Hani Ataya

(Authorized by email)

## ORDER

IT IS SO ORDERED.

Dated: July 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT